**FILED**
11/29/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Johnie Akwan Walker

v.

(Full name of defendant(s))

John Doe (s)

Case Number:

2:23-cv-00544-JMS-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)
   Wabash Valley Correctional Facility P.O. Box 1111 Carlisle, In. 47838
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant John Doe
                        (Name)

BK 37

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __N/A__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Vanderburgh County Jail 3500 N Harlan Ave. Evansville, In. 47711__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

#1 Plaintiff was sentenced on 11-12-21 and was property of I.D.O.C.

#2 While waiting for transport at Vanderburgh County Jail, Vanderburgh County violated my due process rights by transporting me to RDC when in fact I.D.O.C was responsible for my transport; there were (two officers) John Does who drove plaintiff from VCJ

#3 While in route to RDC (Receptional Diagnostic Center) VCJ officers known as John Does (2) fell asleep behind the wheel, wrecking the transport van in Pike County. Plaintiff was trapped inside van suffering and bleeding from pain in neck, back and side of body; also head trauma

Complaint - 2

BK 37

#4 Plaintiff sat inside (plaintiff was piled atop other detainees which were scattered about screaming and bleeding) transport vehicle for over an hour before ambulance was even called to scene. John Does were indifferent to plaintiff by not contacting local EMT's (ambulance), instead, waited entire hour and then contacting Evansville (Vanderburgh County) ambulance to transport us all the way back to Evansville from Pike County.

#5 *Still shackled* and on the side of the freeway with oncoming traffic, plaintiff awaited for EMT's which took another hour to arrive at scene, which left the plaintiff in suffering for well over 2 hours in freezing cold weather with wind shields below zero degrees #6 Deaconess (mid-town) ER Emergency Room treated Plaintiff.... , was discharged and transported back to VCJ Vanderburgh County Jail by a different officer which relieved original transport officers.

#7 While in VCJ infirmary Plaintiff overheard VCJ staff say that they violated policy in transporting plaintiff and that RDC were the transporting officers. Jim (James) Stoltz from Girling & Girling law firm consulted with Plaintiff where plaintiff gave brief summary of incident. Stoltz led Plaintiff to believe he

Complaint - 3

BK 37

would be represented in a tort claim; attorney Stoltz allowed the time to alapse and never filed claim...

#8 Plaintiff was mislead in investigative process by Girling & Girling law firm (J. Stoltz).

Plaintiff is currently investigating and searching for names of John Does which are names of defendants in this action #10 Plaintiff is filing to prevent time bars... There will be an amended complaint from Plaintiff. Plaintiff asks that court grants this action, please without prejudice #11 Plaintiff suffers from chronic pains in the neck, back and head; also numbness in limbs (feet, legs and hands); with also the giving out of leg from time to time. Plaintiff suffers from mental anguish...

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plantiff is unsure of what relief to request but has endured & suffered mental & physical anguish

Plaintiff wants to be compensated for neck & back specialists and also mental health treatment; plus court costs & fees

$ 50,000 dollars

Complaint - 4

BK 37

E. **JURY DEMAND**

☑ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __11__ day of __November__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__159041__
Plaintiff's Prisoner ID Number

__Wabash Valley Correctional facility__
__P.O. Box 1111 Carlisle In. 47838__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5

## FILING FEE

[x] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.