UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOHNIE AKWAN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00544-JMS-MG |
| | ) | |
| JOHN DOE(S), | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is dismissed without prejudice.

Date: 12/7/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

JOHNIE AKWAN WALKER
159041
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838